THE PEOPLE OF THE STATE OF NEW YORK ex rel. F. W. WOOLWORTH CO., Respondent, against WILLIAM E. BOYLAND et al., Constituting the Tax Commission of the City of New York, Appellants. [2222 Broadway, Borough of Manhattan.] — Order unanimously modified so as to fix the land values as follows;

| 1946–1947 | $535,000 | (assessed value of land reinstated) |
| 1947–1948 | 535,000 | " |
| 1948–1949 | 535,000 | " |
| 1949–1950 | 550,000 | " |
| 1950–1951 | 575,000 | |
| 1951–1952 | 600,000. | |

As so modified the order is affirmed. On this record the values now fixed are justified. Settle order on notice. Concur — Cohn, J. P., Callahan, Breitel, Botein and Rabin, JJ.